| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:CR-05-275-03 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| RODRIGUEZ, Yamil | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Christopher C. Conner | |
| | DATES OF SUPERVISED RELEASE | FROM 09/20/07 | TO 09/19/10 |

OFFENSE

Conspiracy to Distribute and Possess w/Intent to Distribute Heroin, 21 USC § 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/23/08 — Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 0 4 2008

Effective Date

United States ~~District~~ Judge