

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

**08 CRIM 180**

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Deanna Prisco, United States Probation Officer

RE: Yamil Rodriguez

DATE: February 21, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 27, 2006, the above-named individual was sentenced, in the Middle District of Pennsylvania, as outlined in the attached J & C.

On February 5, 2008, we received the Prob. 22's endorsed by the Honorable Christopher C. Conner, U.S. District Court Judge, ordering Mr. Rodriguez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5164.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Deanna Prisco
U.S. Probation Officer